**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY -9 A 10 24
J. LaVictui
CLERK
DIST. OF GA.

UNITED STATES OF AMERICA )
)
) CASE NO. CR505-007
v. )
)
SAM BRADLEY DOUGLAS )

## ORDER

The Court has been advised that all motions filed in this case have been resolved
by the parties.

Accordingly, all such resolved motions are hereby **DISMISSED** as moot.

**SO ORDERED**, this _____9th_____ day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE