# UNITED STATES DISTRICT COURT
## for the
## Southern District of Georgia
## Waycross Division

United States of America )
v. )
Sam Bradley Douglas )  Case No:  5:05-CR-00007-1
) USM No:  12246-021

Date of Original Judgment:  January 23, 2006 ) C. Deen Strickland
Date of Previous Amended Judgment: Not Applicable ) Defendant's Attorney
*(Use Date of Last Amended Judgment, if any)*

## Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __151__ months **is reduced to** __time served__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated __January 23, 2006,__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  __FEB. 26, 2015__

_____
Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia
*Printed name and title*

Effective Date: November 1, 2015
*(if different from order date)*